FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Darius Flournoy Brown**

**Docket No. 0:02CR00377-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darius Flournoy Brown** who was sentenced for Bank Robbery on May 30, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
Financial disclosure
Provide DNA
Psychological/psychiatric counseling/treatment
60 days home detention (Added March 9, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION#7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On March 17, 2006, and April 10, 2006, Mr. Brown submitted a urine specimen which tested positive for cocaine. Mr. Brown admitted that he has used crack cocaine on at least two occasions since March 16, 2006. It is noted for the Court that the last positive urinalysis test occurred after Mr. Brown began serving his home detention with electronic monitoring on March 21, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 12th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

SCANNED
APR 13 2006
U.S. DISTRICT COURT MPLS

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer

Executed on April 11, 2006
Place Minneapolis