**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL |
| ) | BEFORE:Susan Richard Nelson |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: CR-02-377 JNE |
| ) | Date: April 20, 2006 |
| Darius Flournoy Brown, ) | Court Reporter: None |
| ) | Tape Number: 528 J |
| Defendant. ) | Time Commenced: 3:10 p.m. |
| | Time Concluded: 3:15 |
| | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Virginia Villa ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: /English

Date Charges Filed: 4-14-06 Offense: Tested positive for cocaine. While on home detention, left home during an unauthorized time.

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is April 25, 2006 at 10:30 a.m., Courtroom 8E,before U.S. Magistrate Judge Franklin L. Noel for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Final revocation hearing will be held on May 1, 2006, at 3:00 p.m. before Judge Joan N. Ericksen.**

s/ Beverly Riches
Signature of Judicial Assistant