**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. CR-02-377 JNE**

**Plaintiff,**

**v.**

**Darius Flournoy Brown,**

**Defendant.**

**ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING**

---

Upon motion of the United States it is ORDERED that a detention/ preliminary revocation hearing is set for April 25, 2006, at 10:30 p.m. before Magistrate Judge Franklin N. Noel, in Courtroom 8E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: April 20, 2006

s/ Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge