**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Darius Flournoy Brown,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Franklin L. Noel<br>U.S.Magistrate Judge<br><br>Case No: 02-377 JNE<br>Date: April 25, 2006<br>Court Reporter: Maria Weinbeck<br>Tape Number: [Tape #]<br>Time Commenced: 12:20 p.m.<br>Time Concluded: 12:26 p.m.<br>Time in Court: 6 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
3/3

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Mary Mateer
☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter / Language: n/a

**True Name if different from charging instrument:** [True Name if diff]
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:** [Clerk chg nm to]

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☒ **Defendant waives both his rights to a preliminary revocation hearing & detention hearing**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
bond set in the amount of $[Bond amount] with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota
☒ Final revocation hearing before Judge Ericksen on May 8, 2006 at 2:30 p.m.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:

s/Cathy Orlando
Signature of Judicial Assistant