A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED

APR 26 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Darius Flournoy Brown

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-377 (1) JNE/JGL**

0641-0414-0725-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Darius Flournoy Brown

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge .

(By) Jackie Ellingson, Deputy Clerk

April 14, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 4-19-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 27 2006
U.S. DISTRICT COURT MPLS