**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Darius Flournoy Brown,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Joan N. Ericksen
U.S. Judge

| | |
|---|---|
| Case No: | 02cr377 (JNE) |
| Date: | May 8, 2006 |
| Court Reporter: | Maria Weinbeck |
| Tape Number: | |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Mary Mateer 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
: Supervised Release continued for a term of until **original expiration date of 9-26-08.**
: Defendant is sentenced to: BOP: **4 months. Once released from BOP, 90 days community corrections center placement as previously ordered. The 60 days home detention previously ordered is removed.**
9 Written order to be issued.

s/Sheri L. Frette
Calendar Clerk