PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darius Flournoy Brown**

**Docket No. 0:02CR00377-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darius Flournoy Brown** who was sentenced for Bank Robbery on May 30, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; mandatory drug testing; financial disclosure; provide DNA; and psychological/psychiatric counseling/treatment

60 days home detention (modified March 9, 2006; removed May 8, 2006)
90 days residential re-entry center (modified April 12, 2006)
4 months custody of Bureau of Prisons (supervision revoked May 8, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 17, 2008, Mr. Brown was arrested by Brooklyn Park, Minnesota, police and charged with Probable Cause Fleeing Police in a Motor Vehicle-Felony; Third Degree Test Refusal-Gross Misdemeanor; Fourth Degree Driving While Intoxicated-Misdemeanor; and Open Bottle-Misdemeanor.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall participate in a remote alcohol monitoring program until the completion of his supervised release term (September 26, 2008). The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

SCANNED
AUG 29 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 26 day of __________, 2008, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on August 25, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission