Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Darius Flournoy Brown

Docket No. 0:02CR00377-001

**HEARING WAIVER**

I, Darius Flournoy Brown, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.
>
> The defendant shall participate in a remote alcohol monitoring program until the completion of his supervised release term (September 26, 2008). The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: [signature]

Darius Flournoy Brown

Witness: [signature]

Dated: 8/25/2008